■ EDWARD S. ATTALDO, Appellant, v CHARLES J. EBER et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Petitioner concedes that his petitions contain insufficient valid signatures for his nomination *(see, Matter of Lavelle v Gonzalez,* 93 AD2d 896, *affd* 59 NY2d 670). (Appeal from order of Supreme Court, Monroe County, Patlow, J.—Election Law.) Present—Callahan, J. P., Denman, Boomer, Balio and Davis, JJ. (Order entered Oct. 17, 1989.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SCOTT KENDRICK, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Orleans County Court, Miles, J.—violation of probation.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY COLLINS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—criminal possession of forged instrument, second degree.) Present—Dillon, P. J., Boomer, Green, Pine and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES DUPREE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty to attempted robbery in the first degree (Penal Law §§ 110.00, 160.15 [4]). Inasmuch as he failed to raise the issue by motion to vacate or otherwise at County Court, defendant's argument that he should be relieved of his guilty plea is not preserved for review *(see, People v Pellegrino,* 60 NY2d 636; *People v Bell,* 47 NY2d 839, 840). (Appeal from judgment of Onondaga County Court, Mulroy, J.—attempted robbery, first degree.) Present—Dillon, P. J., Callahan, Denman, Green and Lawton, JJ.